IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON SHEPPARD,                )
                               )
         Petitioner,           )
                               )   Civ. No. 14-1305
     vs.                       )   Crim. No. 10-119
                               )
UNITED STATES OF AMERICA.      )
                               )

## ORDER

Pending before the Court is Petitioner's Motion to Supplement the Record [ECF #93].

AND NOW, this 29th day of September, 2014, Petitioner's Motion is GRANTED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge

cc:   Jason Sheppard
      32102-068
      Lexington Federal Medical Center
      Inmate Mail/Parcels
      Box 14500
      Lexington, KY 40512