IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Crim. No. 10-119 |
| JASON SHEPPARD, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On September 1, 2015, this Court received a letter from Defendant which we had docketed as a "Motion for Judicial Opinion."

AND NOW, this 8th day of September, 2015, Defendant's Motion for Judicial Opinion is DENIED.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Jason Sheppard
155709
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 1219