IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Crim. No. 10-119 |
| | ) | |
| JASON SHEPPARD | ) | |

## MEMORANDUM OPINION and ORDER

Presently before the Court is Jason Sheppard's Motion for Docket Report" (ECF No. 154), in which he requests that the Court provide him with copies of docket reports "on case numbers CR-10-119, cv-13-1667, cv-14-450, and all cases related to Cr-10-119." Motion, p. 2. Mr. Sheppard avers that he requires these documents because: (1) "[he] is his own counsel only because this Court denied him representation, and he has 0 idea what filings this Court has received, filed, granted, or denied;" (2) "[t]his Court continually prejudices [him] by not allowing him to see case activity;" and (3) "[he] is incarcerated at Allegheny County Prison and routinely does not receive mail and cannot request a check be cut as the Clerk [of Courts] requests." Motion, p. 2.

In general, a *pro se* prisoner, even one proceeding *in forma pauperis,* as is Sheppard, is not entitled to free copies of court documents. See Douglas v. Green, 327 F.2d 661 (6th Cir. 1964) (statutory right to proceed in forma pauperis, under 28 U.S.C.A. § 1915(a), did not include the right to obtain copies of court orders without payment). In light of Defendant's averment that he "routinely does not receive mail," however, out of an abundance of caution, we will grant Defendant's motion and provide him with copies of the docket sheets he has requested. Said copies are attached hereto as Exhibit A.

AND NOW, to-wit, this  7th  day of December, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Docket Report (ECF No. 154) be and hereby is GRANTED.

                                                          Maurice B. Cohill, Jr.
                                                          Senior United States District Judge

cc:    Jason Sheppard
        DOC #155709
        Allegheny County Jail
        950 2nd Avenue
        Pittsburgh, PA 15219