IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, )
)
)
vs. ) Crim. No. 10-119
)
JASON SHEPPARD, )
)
Defendant. )

## MEMORANDUM ORDER

Pending before the Court is Defendant Jason Sheppard's Motion to Wear Court Clothes [ECF 143]. By this motion, Defendant seeks to any court proceedings related to this case a suit which he avers has been inspected and approved for wear by the Allegheny County Prison.

Having reviewed Defendant's motion, this 23rd day of December, 2015, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Wear Court Clothes is GRANTED as follows: the Allegheny County Jail shall permit Defendant to wear a suit to any court proceedings related to this case subject to the Jail's applicable rules, regulations and/or guidelines.

_Maurice B. Cohill Jr._
Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Jason Sheppard
#155709
Allegheny County Jail
950 2nd Ave.
Pittsburgh, PA 15219