IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Crim. No. 10-119 |
| JASON SHEPPARD, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On May 22, 2016, Defendant filed a "Notice to Court Regarding New Evidence of Conflict Being Now Supported by Professional Opinion" [ECF 172] which the Court is treating as a Motion based upon Defendant's request that he "SHOULD BE GRANTED AN EVIDENTIARY HEARING, GRANTED PERMISSION TO FILE A SECOND OR SUCCESSIVE 28 U.S.C. § 2255 MOTION OR GRANTED THE PERMISSION TO SUPPLEMENT AND REFILE HIS ORIGINAL 28 U.S.C. 2255 MOTION DENIED BY THIS COURT DUE TO A COLLATERAL ATTACK WAIVER." Notice, p. 2.

The basis for Defendant's Motion is an April 22, 2016 opinion letter from Michael P. Petro, Esquire. With all due respect to Attorney Petro, nothing stated therein provides a basis for this Court to grant any of the relief sought by Defendant. Accordingly, AND NOW, this 23rd day of May, 2016, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's "Notice to Court Regarding New Evidence of Conflict Being Now Supported by Professional Opinion" [ECF 172] which the Court has treated as a Motion is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge