UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED

APR 04 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America,

v.

Jason Sheppard,
defendant.

Criminal No. : 10-119
Honorable Judge Cathy Bissoon

MOTION TO SUPPLEMENT THE RECORD

AND NOW comes the Defendant, Jason Sheppard, pro se, and hereby respectfully petitions the honorable Court to supplement the record with correspondence with the Office of Professional Responsibility in Washington, D.C. regarding several actions within this case and Sheppard's fears for his and his family's safety. The exhibits sent with the letter are not attached hereto as the Court has seen them numerous times. The letter is attached hereto as "EXHIBIT A."

Respectfully Submitted,

Jason C. Sheppard · 32102-068
FCI ELKTON · P.O. Box 10
Lisbon, OH 44432

(DEFENDANT, PRO SE)