"EXHIBIT A"

MARCH 30, 2017

To: OFFICE OF PROFESSIONAL RESPONSIBILITY
950 PENNSYLVANIA AVENUE NW
WASHINGTON, D.C. 20530

Fr: JASON C. SHEPPARD • 32102-068          Re: ASSISTANCE / PROTECTION NEEDED,
FCI ELKTON • P.O. BOX 10
LISBON, OH 44432

Dear Representative:

I am in true, dire need of assistance from your Office, and of protection from further harm/harassment from federal officials in the Western District of Pennsylvania, including a federal judge.

In order to keep this brief, in 2010, I was indicted by a federal grand jury after my civil counsel on a corporate case with my insurance underwriter fed his client on a D.U.I. charge (whom happened to be my sales employee) information from my company banking accounts and corporate activity that was enough to confuse a jury enough to indict. Once the indictment was secured, this corporate attorney represented me on the indictment and the witness' D.U.I. charge was dropped with influence from the F.B.I., and the Assistant United States Attorney prosecuting me. The most disgusting part about all of this is that the F.B.I. and the AUSA prosecuting me knew about this conflict of interest with my criminal defense counsel/corporate attorney and their witness whom single-handedly built the case against me on 3/6/2010, yet on 7/6/2010, the prosecution remained silent about the conflict as they were working with this counsel to get me to plead to hide the conflict knowing that my going to trial would expose the witness against me and their scheme, and allowed me to be represented by this attorney under conflict of interest.

"Exhibit A" is a copy of an email between the witness and the F.B.I. where the witness makes a full and clear disclosure of the conflict of interest, and by her stating "the D.U.I." in the email means they spoke of this D.U.I. prior. The email is dated 3/6/10, and from the agent's reply to her disclosure, it would seem that an "agreement" was reached that day to handle her D.U.I. in exchange for her help in indicting me. "Exhibit B" is a copy of correspondence from Pennsylvania's Office of Disciplinary Counsel from when Sheppard complained to them regarding the attorney conflict of interest. Clearly, the witness' D.U.I. and police reports have vanished from any & all Pennsylvania records. "Exhibit C" shows that the attorney represented me in a case related directly to the missing escrow money that was reasoning for my indictment. It also shows that I was under an injunction and my office was closed with the attorney having the only access and key permitted by law which proves the information the witness provided to the F.B.I. had to come from this attorney as nobody else had access to such.

Once the indictment was secured against me, and Attorney Derson was paid to enter the case, the man did nothing but file continuances and sighted reasoning for such as he was trying to get me the best deal possible. He would NOT allow me to go to trial, but never showed me any evidence the prosecution had against me. I pushed & pushed to go to trial as I was innocent until finally, the attorney lied to me about the plea deal he got me stating he got the government to drop four counts and that I was on the hook for count one of the indictment only which amounted to $107,000.00 that I'd already paid back. He stated that I'd get 0-6 months imprisonment or something similar to a "Martha Stewart" type of sentence. In addition, to get me to sign, he said I'd only lose my Pennsylvania individual Producer license for title insurance. He told me all of this on our walk to the Courthouse on 8/11/11 which was my change of plea date. I trusted him, and answered the Court's questions as he dictated me to. When I heard I was pleading guilty to

Count One only, and when I walked out of the courtroom without being detained, I trusted him further. To sum it up, he lied to get me to take the deal so the government would not have to produce the witness he represented under conflict at trial. The government and my own defense counsel were in collusion as is proven by "Exhibit D," and the fact once he withdrew with the help of the prosecutor, that my new attorney received no paperwork or discovery that involved this witness. No; they withheld the fact the witness gave up the Tropicana Casino which resulted in my indictment (as is proven by "Exhibits E" & "Exhibits F") as they could never show her face at trial or give my counsel her discovery as I'd have caught the conflict immediately. This clearly explains the need for an "off the record" meeting in chambers with Judge, prosecutor, defense counsel trying to withdraw, and probation, while Sheppard (me) was left in the Courtroom alone with FBI agent Neal Caldwell. The saddest, and most sickening facts of all is that District Judge Cathy Bissoon says in her denial of my Rule 60(b) filing, that she is fine with all of this and that nobody did anything wrong, but me. (CR-10-119, W.D. of PA, ECF doc. no. 214)

Clearly, crimes were committed here and are being covered up by judges and others alike. This is obstruction of justice and fraud and due to such, I've spent 56 months of my life imprisoned in violation of the laws of this Country. When I started filing in Court for relief, I was met with a new indictment and two trips to the "hole" resulting in months of segregation and 24-hour lockdown, as well as my Bureau of Prisons custody level being raised by the prosecution having a management variable placed upon me. Now that I've filed a Writ of Mandamus seeking that many involved in these crimes be turned over for prosecution by a grand jury; I feel that I myself, or members of my family may be harmed or killed in revenge or to get me to stop. I ask this office please review my case dockets at CR-10-119 and CR-13-278 in the Western District of PA, and help me protect myself and my family and correct this manifest injustice.

Please, take this plea for help very seriously as these people have already deleted police reports and Court records of the witness' DUI, and have had me thrown in the hole in several different prisons on several different occasions, and my current FOIA request pending, will show my prosecutor has even had my custody level changed within the B.O.P., and transferred all around the country via "Con-Air." If my exhibits are not enough for you to believe I'm not some crazed conspiracy theorist or paranoid nutcase, my attorney admitted to the conflict on January 12, 2017 in Common Pleas Court of Allegheny County @ case no. GD-14-023459. I'm telling the truth, and living in fear.

Thank you for your time & assistance. Please contact me immediately.

Respectfully;

Jason Sheppard